UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| CLEORA I. GUILE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11CV40 JCH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court finds that the amended complaint survives initial review, pursuant to 28 U.S.C. § 1915. As plaintiff has previously been granted leave to proceed in forma pauperis, the Court will order the Clerk to issue process or cause process to be issued on the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to be issued on the amended complaint.

Dated this 23rd day of June, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE