UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLEORA I. GUILE, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 2:11CV40 JCH |
| UNITED STATES OF AMERICA, | ) |
| Defendant(s). | ) |

**ORDER**

This matter is before the Court upon its review of the record. On August 23, 2011, Defendant United States of America filed its Motion to Dismiss. (ECF No. 10). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, September 26, 2011**, within which to file her response to Defendant's Motion to Dismiss (ECF No. 10). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 6th day of September, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE